PER CURIAM.
Affirmed. See Federal Deposit Ins. Corp. v. F.S.S.S, 829 F.Supp. 317 (D.Alaska 1993); Kinney System, Inc. v. Continental Ins. Co., 674 So.2d 86, 89 (Fla.1996); Londono v. Turkey Creek, Inc., 609 So.2d 14, 17 (Fla.1992); Crespo v. Florida Entertainment Direct Support Org., Inc. 674 So.2d 154 (Fla. 3d DCA 1996); F.M.W. Properties, Inc. v. Peoples First Financial Sav. & Loan Ass’n., 606 So.2d 372 (Fla. 1st DCA 1992); Home Design Center v. County Appliances, 563 So.2d 767, 769 (Fla. 2d DCA 1990); Henry v. Ecker, 415 So.2d 137 (Fla. 5th DCA 1982).